UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FORT LAUDERDALE DIVISION

CASE NO: 0:21-cv-61425-CIV-SMITH

STEPHANIE ANDUJAR,

    Plaintiff,

v.

TIRONE ELECTRIC, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Joint Stipulation of Dismissal with Prejudice filed by the parties:

It is hereby ORDERED AND ADJUDGED that this case is hereby DISMISSED with prejudice. The Clerk is directed to close this file. The Court retains jurisdiction over this action to enforce the terms of the Parties' Settlement Agreement.

DONE AND ORDERED in Chambers at Fort Lauderdale, Florida, this ___ day of _____, 2021.

_____
HONORABLE RODNEY SMITH
UNITED STATES DISTRICT JUDGE

Copies Furnished to:
All Counsel of Record