**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-61425-CIV-SMITH**

STEPHANIE ANDUJAR,

     Plaintiff,

v.

TIRONE ELECTRIC, INC.,

     Defendant.

_____/

## ORDER OF DISMISSAL

     This matter is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice

[DE 16].  Upon consideration, it is

     **ORDERED** that:

1.  This action is **DISMISSED with prejudice**.

2.  All pending motions not otherwise ruled upon are **DENIED as moot**.

3.  Each party shall bear its own respective costs and fees.

4.  This case is **CLOSED**.

     **DONE AND ORDERED** in Fort Lauderdale, Florida, this 12th day of October, 2021.

_____
**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc:    Counsel of record